**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Signia, Ltd.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Public Interest Communications, a division of Signia** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3510529** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5754 W. 11th Street** <br> **Suite 201** <br> **Greeley, CO 80634** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Weld** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **signiaworks.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Signia, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | **District of Colorado** | When | **9/27/23** | Case number | **23-14384 TBM** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Signia, Ltd.**                                            Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
          Contact name     _____
          Phone            _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Signia, Ltd.**                                      Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Signia, Ltd.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| ▋ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**
_____
MM / DD / YYYY

**X** **/s/ Jeffrey Fell**
_____
Signature of authorized representative of debtor

**Jeffrey Fell**
_____
Printed name

Title   **CEO**
_____

**18. Signature of attorney**

**X** **/s/ David V. Wadsworth**
_____
Signature of attorney for debtor

Date   **June 20, 2024**
_____
MM / DD / YYYY

**David V. Wadsworth 32066**
_____
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
_____
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
_____
Number, Street, City, State & ZIP Code

Contact phone   **303-296-1999**        Email address   **dwadsworth@wgwc-law.com**

**32066 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Signia, Ltd.__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 20, 2024__     X __/s/ Jeffrey Fell__
                                   Signature of individual signing on behalf of debtor

                                   __Jeffrey Fell__
                                   Printed name

                                   __CEO__
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Signia, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____507,431.49

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____507,431.49

---

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____133,762.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____89,495.11

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____9,857,752.41

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b            $ _____10,081,009.52

**Fill in this information to identify the case:**

Debtor name     **Signia, Ltd.**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Business Checking** | **8867** | $705.32 |
| 3.2. | **Chase** | **Business Checking** | **5100** | $3,362.69 |
| 3.3. | **Chase** | **Business Checking** | **3771** | $4.45 |
| 3.4. | **Chase** | **Business Checking** | **9198** | $4,431.32 |
| 3.5. | **Chase** | **Business Checking** | **9222** | $2,465.60 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,969.38 |
|---|

**Part 2:**      **Deposits and Prepayments**

Debtor **Signia, Ltd.** _____  Case number *(If known)* _____
     Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Security Deposit - MLS Properties** _____    **$5,200.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                **$5,200.00**
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:      **139,275.90**  -       **0.00**  = ....    **$139,275.90**
                         face amount                   doubtful or uncollectible accounts

    11b. Over 90 days old:        **636,812.12**  -    **636,812.12**  =....    **$0.00**
                        face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**                                      **$139,275.90**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor **Signia, Ltd.**                                 Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **IT Equipment** | $0.00 | Recent cost | $222,150.16 |
| **Furniture & Fixtures** | $0.00 | Recent cost | $120,836.05 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                          $342,986.21
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 Nissan Altima** | $0.00 | Recent cost | $9,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                          $9,000.00
    Add lines 47 through 50.  Copy the total to line 87.

Debtor  **Signia, Ltd.**

Name

Case number *(If known)* _____

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Greeley, CO office 5754 West 11th Street Suite 201 Greeley, CO 80634** | Leasehold Interest | $0.00 | | $0.00 |

**56.** **Total of Part 9.**        $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** **signiaworks.com** | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |

Debtor   **Signia, Ltd.**                                      Case number *(If known)* _____
_____
Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       **Goodwill** _____   $464,444.00   _____   Unknown

66.    **Total of Part 10.**                                                  | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Signia, Ltd.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,969.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $139,275.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $342,986.21 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $507,431.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $507,431.49 |

**Fill in this information to identify the case:**

Debtor name **Signia, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |
| **2.1** **U.S. Small Business Administration**<br>Creditor's Name<br><br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/9/20**<br>**Last 4 digits of account number**<br>**7806** | **Describe debtor's property that is subject to a lien**<br>**Accounts, IT Equipment and Furniture &**<br>**Fixtures (total collateral value = $413,204.03)**<br><br>**Describe the lien**<br>**Secured Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $133,762.00 | $222,150.16 |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $133,762.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **U.S. Small Business Administration**<br>**c/o United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line _2.1_ | 7806 |

Debtor   **Signia, Ltd.**                                                  Case number (if known) _____
Name

| | | |
|---|---|---|
| **U.S. Small Business Administration**<br>**c/o Stacey Dawes**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line __2.1__ | **7806** |
| **U.S. Small Business Administration**<br>**c/o Civil Process Clerk**<br>**Office of the United States Attorney**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202** | Line __2.1__ | **7806** |

**Fill in this information to identify the case:**

Debtor name  **Signia, Ltd.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Westminster Finance Dept.**<br>**PO Box 17040**<br>**Denver, CO 80217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15.00** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax License** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**Tax Audit Compliance Div.**<br>**1881 Pierce St. Room 104**<br>**Denver, CO 80214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,713.00** | **$1,713.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Signia, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,600.22 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**1999 Broadway**
**MS 5012 DEN**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal tax deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,617.38 | $1,617.38 |
|---|---|---|---|---|

**Jefferson County Treasurer**
**100 Jefferson County Pkwy, #2520**
**Golden, CO 80419**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business personal property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,450.28 | $1,450.28 |
|---|---|---|---|---|

**Pennsylvania Department of**
**Revenue**
**PO Box 280407**
**Harrisburg, PA 17128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.20 | Unknown |
|---|---|---|---|---|

**State of Utah**
**Uninsured Employers' Fund**
**PO Box 146610**
**Salt Lake City, UT 84114-6610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Uninsured employers' fund premiums**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Signia, Ltd.**
Name

Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.03 | Unknown |
|---|---|---|---|---|

2.7 Priority creditor's name and mailing address
**Utah Dept. of Workforce Services**
**140 East 300 South**
**Salt Lake City, UT 84111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.03    Unknown

Date or dates debt was incurred

Basis for the claim:
**Unemployment insurance premiums**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$979.14** |
|---|---|---|---|

3.1 Nonpriority creditor's name and mailing address
**All Copy Products Inc.**
**1635 W. 13th Ave**
**Denver, CO 80204**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$979.14

---

3.2 Nonpriority creditor's name and mailing address
**Backflow Tech**
**610 Garrison Street**
**Denver, CO 80215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$219.90

---

3.3 Nonpriority creditor's name and mailing address
**BSL Gem Laser Express**
**45929 Maries Road**
**Sterling, VA 20166**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$596.37

---

3.4 Nonpriority creditor's name and mailing address
**Cloudnexa Inc.**
**PO Box 392361**
**Pittsburgh, PA 15251**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,480.76

---

3.5 Nonpriority creditor's name and mailing address
**CloudSAFE Group LLC**
**328 NE 191st Street**
**Miami, FL 33179**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$900.00

---

| Debtor | Signia, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**
**Copilevitz, Lam & Raney, PC**
**310 West 20th Street, Suite 300**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal fees

Is the claim subject to offset? ■ No ☐ Yes

$2,534.50

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Coverall North America Inc.**
**2955 Momentum Place**
**Chicago, IL 60689**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$631.30

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Datamentors LLC dba V12**
**2319 Oak Myrtle Ln, Suite 104**
**Wesley Chapel, FL 33544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,785.50

---

**3.9**

**Nonpriority creditor's name and mailing address**
**DialCloud LLC**
**2810 N. Speer Boulevard**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note

Is the claim subject to offset? ■ No ☐ Yes

$5,400.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Five 9, Inc.**
**4000 Executive Parkway**
**Suite 400**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
**H&W Printing**
**3616 Oak Lane**
**Mount Rainier, MD 20712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,760.24

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Harvest Small Business Finance, LLC**
**24422 Avenida De Law Carlota #400**
**Laguna Hills, CA 92653**

Date(s) debt was incurred  11/3/2017

Last 4 digits of account number  7002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Co-Borrower on SBA loan with JAFT Ventures, Ltd.
JAFT has made all payments.  Loan is current.

Is the claim subject to offset? ■ No ☐ Yes

$747,910.78

---

Debtor  **Signia, Ltd.**                                                          Case number (if known) _____

Name

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Harvest Small Business Finance, LLC**
**24422 Avenida De Law Carlota #400**
**Laguna Hills, CA 92653**

Date(s) debt was incurred  **9/6/2017**

Last 4 digits of account number  **5003**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guarantee of JAFT Ventures, Ltd. SBA loan.  JAFT has made all payments.  Loan is current.**

Is the claim subject to offset? ■ No ☐ Yes

**$2,811,421.92**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Holland & Hart LLLP**
**PO Box 17283**
**Denver, CO 80217**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys' Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$192,656.76**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**InContact Inc.**
**Lockbox 0268**
**Philadelphia, PA 19170-0268**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,364.28**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**JAFT Ventures, Ltd.**
**2806 N. Speer Boulevard**
**Denver, CO 80211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving note.**

Is the claim subject to offset? ■ No ☐ Yes

**$384,921.47**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Male Excel Medical, P.A.**
**8133 Ardry Kell Road**
**Suite 201**
**Charlotte, NC 28277**

Date(s) debt was incurred  **8/23/23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment - on appeal**

Is the claim subject to offset? ■ No ☐ Yes

**$2,943,690.97**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**National Research & Polling Group, Ltd.**
**2810 N. Speer Boulevard**
**Denver, CO 80211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving note.**

Is the claim subject to offset? ■ No ☐ Yes

**$543,168.10**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Perlman & Perlman LLP**
**521 Fifth Avenue, 30th Floor**
**New York, NY 10175**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$16,078.04**

---

| Debtor | **Signia, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Proteus Discovery Group**
**155 E. Market St, #400**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal services

Is the claim subject to offset? ■ No ☐ Yes

**$9,749.50**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Quadient, Inc.**
**PO Box 123689**
**Dallas, TX 75312-3689**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$49.75**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**RapidScale Inc.**
**PO Box 92126**
**Las Vegas, NV 89193-2126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$484.03**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Ring Central Inc.**
**PO Box 734232**
**Dallas, TX 75373-4232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$4,201.27**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Riverstar Software Inc.**
**PO Box 2100**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,470.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**SL Biggs**
**2000 S. Colorado Blvd.**
**Tower 2, Suite 200**
**Denver, CO 80222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Subchapter V trustee fees

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.49**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Strategic Business Communications**
**1979 Marcus Avenue**
**Suite 210**
**Lake Success, NY 11042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,995.00**

---

Debtor  **Signia, Ltd.**
_____   Case number *(if known)* _____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,127,905.15 |
|---|---|---|---|

**Sulit Group, Ltd.**
**2810 N. Speer Boulevard**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revolving note.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,071.32 |
|---|---|---|---|

**The BERO Group**
**N27 W23960 Paul Rd., Ste. 202**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,773.67 |
|---|---|---|---|

**Toly Digital Networks Inc.**
**1005 W. Indiantown Road**
**Suite 201**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,124.32 |
|---|---|---|---|

**Travelers CL Remittance Center**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.88 |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Hone**<br>**Hone Law**<br>**701 N. Green Valley Pkwy., Suite 200**<br>**Henderson, NV 89074** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | **7002** |

| Debtor | **Signia, Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **U.S. Small Business Administration**<br>**c/o United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line **3.12**<br><br>☐ Not listed. Explain ____ | **7002** |
| 4.4 | **U.S. Small Business Administration**<br>**c/o Stacey Dawes**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line **3.12**<br><br>☐ Not listed. Explain ____ | **7002** |
| 4.5 | **U.S. Small Business Administration**<br>**c/o United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **5003** |
| 4.6 | **U.S. Small Business Administration**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **5003** |
| 4.7 | **U.S. Small Business Administration**<br>**c/o Stacey Dawes**<br>**721 19th Street**<br>**Suite 426**<br>**Denver, CO 80202** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **5003** |
| 4.8 | **U.S. Small Business Administration**<br>**c/o Civil Process Clerk**<br>**Office of the United States Attorney**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **5003** |
| 4.9 | **U.S. Small Business Adminstration**<br>**c/o Civil Process Clerk**<br>**Office of the United States Attorney**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202** | Line **3.12**<br><br>☐ Not listed. Explain ____ | **7002** |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 89,495.11 |
| 5b. Total claims from Part 2 | | 5b.  + | $ | 9,857,752.41 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | | 5c. | $ | 9,947,247.52 |

**Fill in this information to identify the case:**

Debtor name    **Signia, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Copier service.** |
| State the term remaining | |
| List the contract number of any government contract | **All Copy Products Inc.** **1635 W. 13th Ave** **Denver, CO 80204** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | **12 months** |
| List the contract number of any government contract | **American Civil Liberties Union, Inc.** **125 Broad Street, 19th Floor** **New York, NY 10004** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | |
| List the contract number of any government contract | **American Farmland Trust** **1150 Connecticut Avenue** **Suite 600** **Washington, DC 20036** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | **1 month** |
| List the contract number of any government contract | **American Parkinson Disease Assn.** **135 Parkinson Ave** **Staten Island, NY 10305-1425** |

Debtor 1  **Signia, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Americans United Against the Separation of Church and State, Inc.** |
| | List the contract number of any government contract | | **1310 L St. NW, Suite 200** |
| | | | **Washington, DC 20005** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **Americares Foundation, Inc.** |
| | List the contract number of any government contract | | **88 Hamilton Avenue** |
| | | | **Stamford, CT 06902** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **Amnesty International USA** |
| | List the contract number of any government contract | | **5 Penn Plaza, 12th Floor** |
| | | | **New York, NY 10001** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease - Vienna, VA** | |
|---|---|---|---|
| | State the term remaining | **54 months** | **Cambridge Asset Advisors LLC** |
| | List the contract number of any government contract | | **8391 Courthouse Road** |
| | | | **Suite 210** |
| | | | **Vienna, VA 22182** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Internet provider** | |
|---|---|---|---|
| | State the term remaining | | **Comcast** |
| | List the contract number of any government contract | | **PO Box 37691** |
| | | | **Philadelphia, PA 19101** |

| Debtor 1 | **Signia, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | |
| List the contract number of any government contract | **Cornell Univ./Lab of Ornithology**<br>**377 Pine Tree Rd**<br>**Ithaca, NY 14850** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | **8 months** |
| List the contract number of any government contract | **DCCC**<br>**430 S. Capital Street SE**<br>**Washington, DC 20003** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | **3 months** |
| List the contract number of any government contract | **Defenders of Wildlife**<br>**1130 17th St, NW**<br>**Washington, DC 20036** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining | **6 months** |
| List the contract number of any government contract | **Food & Friends Inc.**<br>**219 Riggs Road, NE**<br>**Washington, DC 20011** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Customer contract (2). 10 months remaining on one contract and 8 months on the other.** |
| State the term remaining | |
| List the contract number of any government contract | **Human Rights Watch**<br>**350 Fifth Ave., 34th Floor**<br>**New York, NY 10118-3299** |

| Debtor 1 | **Signia, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud-based platform for inbound services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **InContact Inc.**<br>**Lockbox 0268**<br>**Philadelphia, PA 19170-0268** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **International Rescue Mission**<br>**122 East 42nd Street**<br>**16th Floor**<br>**New York, NY 10168** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease - Westminster** | |
|---|---|---|---|
| | State the term remaining | **39 months** | |
| | List the contract number of any government contract | | **JAFT Ventures, Ltd.**<br>**2806 N. Speer Boulevard**<br>**Denver, CO 80211** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medicins Sans Frontiers USA, Inc.**<br>**40 Rector Street**<br>**16th Floor**<br>**New York, NY 10006** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease - Greeley** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | **MLS Properties, LLC**<br>**5754 West 11th Street, #100**<br>**Greeley, CO 80634** |

Debtor 1   **Signia, Ltd.**

First Name          Middle Name          Last Name          Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract (2). Term one contract autorenews.**

State the term remaining — **1 month**

List the contract number of any government contract

**MoveOn Civic Action**
**9450 SW Gemini Drive, #57224**
**Beaverton, OR 97008-7105**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract**

State the term remaining — **3 months**

List the contract number of any government contract

**National LGBTQ Task Force**
**1325 Massachusetts Ave, NW**
**Suite 600**
**Washington, DC 20005**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract**

State the term remaining — **54 months**

List the contract number of any government contract

**National Research & Polling Group, Ltd.**
**2810 N. Speer Boulevard**
**Denver, CO 80211**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract (3)**

State the term remaining — **12 months**

List the contract number of any government contract

**Planned Parenthood Action Fund, Inc.**
**123 William Street, 10th Floor**
**New York, NY 10038**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**Software services used to deliver reporting and scripting for inbound services.**

State the term remaining

List the contract number of any government contract

**Riverstar Software Inc.**
**20 Danada Square West**
**Ste 260**
**Wheaton, IL 60189**

---

Debtor 1   **Signia, Ltd.**
First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Security monitoring for Greeley location**

State the term remaining

List the contract number of any government contract

**Safe Systems**
**1111 Church Road**
**Aurora, IL 60505-1905**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**Management Services Agreement**

State the term remaining

**45 months**

List the contract number of any government contract

**Sulit Group, Ltd.**
**2810 N. Speer Boulevard**
**Denver, CO 80211**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract (2). 3 months remaining on one contract and 6 months remaining on the other.**

State the term remaining

List the contract number of any government contract

**The Nation Magazine**
**520 Eighth Avenue**
**New York, NY 10018**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract**

State the term remaining

**24 months**

List the contract number of any government contract

**The National Trust for Historic Preserv.**
**600 14th St., NW**
**Suite 500**
**Washington, DC 20005**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

**Customer contract**

State the term remaining

**3 months**

List the contract number of any government contract

**The White Coat Waste Project**
**15405 John Marshall Highway**
**Haymarket, VA 20169**

---

Debtor 1   **Signia, Ltd.**

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Network carrier for inbound services** | |
|---|---|---|---|
| | State the term remaining | | **Toly Digital Networks Inc.**<br>**Attn: Jill Johnson**<br>**1005 W. Indiantown Road**<br>**Suite 201**<br>**Jupiter, FL 33458** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | | **World Wildlife Fund, Inc.**<br>**1250 Twenty-Fourth Street, NW**<br>**Washington, DC 20037** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Signia, Ltd.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **JAFT Ventures, Ltd.** | **2806 N. Speer Boulevard Denver, CO 80211** | **Harvest Small Business Finance, LLC** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.2 | **JAFT Ventures, Ltd.** | **2806 N. Speer Boulevard Denver, CO 80211** | **Harvest Small Business Finance, LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Signia, Ltd.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,338,555.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$3,329,272.76** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$5,395,355.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **Dividend from Pinnacol Assurance** | **$100.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | **Federal Tax Refund (with $5.04 interest)** | **$2,194.54** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | **PPP Forgiveness** | **$1,013,542.00** |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

Debtor   **Signia, Ltd.**                                          Case number *(if known)*

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Male Excel Medical, P.A. et al. v. Signia Marketing Ltd.**<br>**A-20-816167-B** | **Contract dispute** | **Nevada Business Court - Eighth Judicial**<br>**200 Lewis Ave**<br>**Las Vegas, NV 89101** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2. | **Signia Marketing, Ltd. v. Male Excel Medical, P.A. et al.**<br>**87353** | **Appeal** | **Nevada Supreme Court**<br>**408 E. Clark Avenue**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Signia, Ltd. | | Case number *(if known)* | |

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C.**<br>**2580 West Main Street**<br>**Suite 200**<br>**Littleton, CO 80120** | **9/5/23 and 9/14/23 ($25,000 - paid by Debtor)**<br>**6/20/24 ($5,000 - paid by Debtor)**<br>**6/20/24 ($61,582.58 - paid by Sulit Group, Ltd.)** | | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Signia, Ltd.**                                    Case number *(if known)*

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Brownstein Hyatt Farber Schreck LLP 100 North City Parkway, Suite 1600 Las Vegas, NV 89160** | **Retainers during prior chapter 11 ($60,000 - 9/23, $25,000 - 3/24)** | | **$85,000.00** |
| | **Relationship to debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Signia, Ltd.** | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Signia, Ltd. | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Redpoint Financial Services LLC**<br>**3845 Tennyson Street, Suite 145**<br>**Denver, CO 80212** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Redpoint Financial Services LLC**<br>**3845 Tennyson Street, Suite 145**<br>**Denver, CO 80212** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | Signia, Ltd. | Case number *(if known)* | |
|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Fell | 6521 West 91st Avenue Westminster, CO 80031 | Chief Executive Officer. Owns 80% of Debtor through Sulit Group Ltd. and Vero Investment Company. | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Alfred Trexler | 6521 West 91st Avenue Westminster, CO 80031 | Chief Operating Officer. Owns 20% of Debtor through Sulit Group Ltd. | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Gene Speyer | 521 West 91st Avenue Westminster, CO 80031 | Vice President | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Gene Speyer | $199,999.92 | 6/23-6/24 | Annual salary |
| | **Relationship to debtor** Vice President | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Signia, Ltd.**

Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Sulit Group 401k Plan (maintained by Principal Life Insurance Co.)** | **EIN:**   **42-0127290** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**

| /s/ Jeffrey Fell | **Jeffrey Fell** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **Signia, Ltd.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sulit Group, Ltd.**<br>**2810 N. Speer Boulevard**<br>**Denver, CO 80211** | | **80%** | |
| **Vero Investment Company**<br>**2806 Speer Boulevard**<br>**Denver, CO 80211** | | **20%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 20, 2024**

Signature   **/s/ Jeffrey Fell**

**Jeffrey Fell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Colorado**

In re    **Signia, Ltd.**
_____    Case No. _____

                                          Debtor(s)    Chapter    **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 20, 2024**
_____    **/s/ Jeffrey Fell**
_____
                             **Jeffrey Fell**/CEO
                             Signer/Title